BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2826
Facsimile:   (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>RAYMOND H. and SANDRA M. FERENCI,<br><br>           Defendant and Judgment Debtors.<br><br>CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM,<br><br>           Garnishee. | Misc. No. 1:10-mc-00006 AWI |

**ORDER TO PAY PROCEEDS FROM GARNISHED ACCOUNTS
TO THE UNITED STATES**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Garnishee, the California State Teachers' Retirement System, also known as CALSTRS:

1.     Shall pay the United States of America  the sum of Four Thousand Three Hundred Forty-three Dollars and Seventy-one Cents ($4,343.71) *together* with interest at the rate of $0.39 per day for each day from and after April 27, 2010 until said sums are received by the Clerk of Court.

2.     Payment, at the Garnishee's discretion, may be made from any of the three accounts identified in Garnishee's answer filed in the above-captioned matter.

3. Payment shall be made in United States' currency, cashier's check or certified funds.

4. If by cashier's check or certified funds, the instrument must be made payable to the *Clerk of the United States District Court* and the notation "on behalf of RAYMOND H. FERENCI, Criminal Case No. 1:08-CR-00414-001 AWI" shall be placed on the face of the check, instrument or transmittal document.

5. In lieu of said notation, the Garnishee may provide a copy of this order to the Clerk of Court along with said payment.

6. Payment shall be sent or delivered to:

> United States District Court
> 2500 Tulare Street, Room 1501
> Fresno, CA  93721

**ORDER**

IT IS SO ORDERED.

**Dated:** **April 24, 2010**          /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE